

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00009-CV

**IN THE INTEREST OF D.R.B.** and E.B., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-00019
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND CHIEF JUSTICE MARION
(Retired) (sitting by assignment)

In accordance with this court's opinion of this date, this appeal is REINSTATED on the court's docket. The joint motion filed by appellant Richard Breque and appellee Erika Breque on October 24, 2023 is GRANTED, and the appeal is DISMISSED. It is ORDERED appellant bear all costs of this appeal.

SIGNED November 8, 2023.

Luz Elena D. Chapa, Justice